# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ZAVON NATHAN JORDAN, | Case No. 3:15-cv-00485-MMD-VPC |
| Petitioner, | ORDER |
| v. | |
| CHUCK ALLEN, et al., | |
| Respondents. | |

The Court's order (dkt. no. 3) directing petitioner to show cause why this action should not be dismissed has been returned in the mail with the notation that petitioner is not at the Washoe County Detention Center. Petitioner has failed to comply with local rule LSR 2-2, which requires him to promptly inform the Court of any changes in address.

Reasonable jurists would not find the Court's conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability.

It is therefore ordered that this action is dismissed without prejudice for petitioner's failure to inform the court of his current address. The Clerk of the Court shall enter judgment accordingly.

It is further ordered that a certificate of appealability is denied.

DATED THIS 22nd day of January 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE